IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:09-cv-00157 |
| TURNPIKE GLOBAL TECHNOLOGIES L.L.C., CADEC GLOBAL, INC., XATA CORPORATION, GENERAL ELECTRIC CO., TRIMBLE NAVIGATION LTD. and NETWORKFLEET, INC. | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**PLAINTIFF'S OUT-OF-TIME SURREPLY REGARDING
NETWORKFLEET'S MOTION TO SEVER AND TRANSFER**

Plaintiff INNOVATIVE GLOBAL SYSTEMS LLC ("IGS") makes this Surreply Regarding Defendant NETWORKFLEET, INC.'s ("NetworkFleet") Motion to Sever and Transfer, and shows as follows:

1. NetworkFleet – a company with a principal place of business in California – has taken the position that: (a) it is unfairly inconvenient for it to litigate in Texas; and (b) that this lawsuit has an insufficient connection to Texas (see Defendant NetworkFleet's Motion to Sever and Transfer Venue, Docket No. 31 file-stamped July 7, 2009).  But NetworkFleet's position is belied by the recent action it initiated for patent infringement *in this very Court* on August 18, 2009, less than two (2) weeks after its Motion to Sever and Transfer Venue against IGS became ripe for ruling.  See Exhibit "A" hereto – Plaintiff's Original Complaint filed in Civil Action No. 6:09-cv-370, *HTI IP and NetworkFleet, Inc. vs. DriveOK, Inc., et al.*, pending in the United States District Court for the Eastern District of Texas, Tyler Division (Dkt. 1).

2. In its new patent infringement suit NetworkFleet has not sued any Texas entity, but has sued two (2) other California entities,[1] a Washington entity[2] and a British Columbia entity[3] – all companies with principal places of business in the Western United States and Canada. And according to NetworkFleet's Original Complaint some of the same fact witnesses in its new suit are also important in the instant suit, such as Diego A. Borrego and Bruce Lightner (compare NetworkFleet's Original Complaint for patent infringement, p. 3, ¶ 13, with NetworkFleet's Motion to Sever and Transfer Venue pp. 3-4). This is not surprising since the patents and accused products in the instant suit and NetworkFleet's patents in its new action all deal, generally speaking, with methods and instrumentalities, for at least the heavy duty trucking industry, that allow for wireless communication of data associated with a vehicle between the vehicle and remote location.

**Dated: September 10, 2009**          Respectfully submitted,

/s/ Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com

Keith A. Rutherford
R. Scott Reese
Sarah R. Cabello
WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP

---

[1] DriveOK, Inc. (d.b.a. Vehiclepath) and Xirgo Technologies, LLC (Original Complaint, pg.2, ¶¶ 4 and 7).
[2] Webtech Wireless USA, Ltd. (Original Complaint, pg.2, ¶ 6).
[3] Webtech Wireless Inc. (Original Complaint, pg.2, ¶ 5).

20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of September, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

    /s/ Michael T. Cooke

M:\VES\-02\Pleadings\Response to NetworkFleet's M-Sever &  Change Venue\Out-of-Time Surreply to NWF's M-Sever and Transfer Venue.doc