IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | ' | |
| Plaintiff, | ' | |
| v. | ' | CIVIL ACTION NO. 6:09-cv-00157 |
| TURNPIKE GLOBAL TECHNOLOGIES L.L.C., CADEC GLOBAL, INC., XATA CORPORATION, GE ASSET INTELLIGENCE, LLC and NETWORKFLEET, INC. | ' | **JURY TRIAL DEMANDED** |
| Defendants. | ' | |

## NOTICE OF CORRECTION OF EXHIBIT A TO THE
## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Plaintiff, Innovative Global Systems LLC., hereby notifies the Court that attached to this Notice is Exhibit A, a replacement chart to the version filed as Docket No. 110 on March 8, 2010.  This replacement chart is to add Defendant CADEC's proposed construction of "convert" and "converting," which was inadvertently left out of the original chart.

March 16, 2010

Respectfully submitted,

/s/  R. Scott Reese
Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com

mtc@fsclaw.com

Keith A. Rutherford
State Bar No. 17452000
R. Scott Reese
State Bar No. 24046696
Sarah R. Cabello
State Bar No. 24052877
WONG, CABELLO, LUTSCH,
 RUTHERFORD & BRUCCULERI, LLP
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
ERIC M. ALBRITTON, P.C.
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, March 16, 2010 with a copy of the foregoing NOTICE OF CORRECTION OF EXHIBIT A TO THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ Wayne B. Maydwell
      Wayne B. Maydwell