IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| INNOVATIVE GLOBAL SYSTEMS LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:09-cv-00157 |
| TURNPIKE GLOBAL TECHNOLOGIES L.L.C., CADEC GLOBAL, INC., XATA CORPORATION, GE ASSET INTELLIGENCE, LLC and NETWORKFLEET, INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-5(D)

Plaintiff, Innovative Global Systems LLC., and Defendant, CADEC Global, Inc. certify that on Thursday, May 20, 2010 they complied with the requirements of Local Patent Rule 4-5(d) and the Court's Order, dated September 24, 2009 (Docket Control No. 65). The parties have jointly submitted to Judge Love's Chambers a set of Claim Construction Charts in WordPerfect format. A courtesy copy of the Parties' Joint Claim Construction Chart is filed herewith as Exhibit A.

May 20, 2010                                                        Respectfully submitted,

/s/ Paul Morico                                                     /s/ Keith Rutherford
Texas Bar No. 00792053                                   Michael T. Cooke
paul.morico@bakerbotts.com                         State Bar No. 04759650
Lead Attorney                                                    Jonathan T. Suder
Lisa Kelly                                                            State Bar No. 19463350
Texas Bar No. 24041659                                 **FRIEDMAN, SUDER & COOKE**
lisa.kelly@bakerbotts.com                               Tindall Square Warehouse No. 1
**BAKER BOTTS LLP**                                    604 East 4th Street, Suite 200
One Shell Plaza                                                 Fort Worth, Texas 76102

| | |
|---|---|
| 910 Louisiana Street | (817) 334 0400 |
| Houston, TX 77002 | Fax (817) 334 0401 |
| Phone: 713-229-1732 | jts@fsclaw.com |
| Facsimile: 713-229-7732 | mtc@fsclaw.com |

Robert R. Lucic (admitted pro hac vice)
NH Bar No. 9062
rlucic@sheehan.com
Edward A. Haffer (admitted pro hac vice)
NH Bar No. 1052
ehaffer@sheehan.com
Peter A. Nieves (admitted pro hac vice)
NH Bar No. 15805
pnieves@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN**
1000 Elm Street, 17th Floor
Manchester, NH 03101
Phone: 603-627-8188
Facsimile: 603-641-2381

**ATTORNEYS FOR DEFENDANT
CADEC GLOBAL, INC.**

Keith A. Rutherford
State Bar No. 17452000
R. Scott Reese
State Bar No. 24046696
Sarah R. Cabello
State Bar No. 24052877
**WONG, CABELLO, LUTSCH,
  RUTHERFORD & BRUCCULERI, LLP**
20333 SH 249, Suite 600
Houston, TX  77070
(832) 446-2400
Fax (832) 446-2424
krutherford@counselip.com
sreese@counselip.com
scabello@counselip.com

Eric M. Albritton
**ERIC M. ALBRITTON, P.C.**
P.O. Box 2649
111 West Tyler Street
Longview, TX  75601
(903) 757-8449 x204
Fax (903) 758-7397
ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE GLOBAL SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, May 20, 2010 with a copy of the foregoing **JOINT NOTICE OF COMPLIANCE PURSUANT TO P.R. 4-5(d)** via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

           /s/ Wayne B. Maydwell           
              Wayne B. Maydwell